**STRAUS & BOIES, LLP,**
**Plaintiff–Appellant,**

v.

**E. Randol SCHOENBERG, E. Randol Schoenberg Law Offices, Burris & Schoenberg, L.L.P., Defendants–Appellees.**

No. 06–16104.

United States Court of Appeals, Eleventh Circuit.

June 7, 2007.

Lange Clark, Law Office of Clark Lange, P.C., Birmingham, AL, for Plaintiff–Appellant.

* Honorable J. Owen Forrester, United States District Judge for the Northern District of

James S. Williams, Stephen R. Geisler, Sirote & Permutt, P.C., Birmingham, AL, for Defendants–Appellees.

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,* District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's September 14, 2006 order dismissing without prejudice Plaintiff–Appellant's complaint against Defendants–Appellees based on lack of personal jurisdiction.

**AFFIRMED.**